DANIEL P. JONES
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 7 |
|---|---|
| Jeffrey L. Fritz | |
| Debtor(s) | Bankruptcy Case: 19-13352-jkf |

## CERTIFICATE OF NO RESPONSE

I, Daniel P. Jones, attorney for Stern & Eisenberg, PC, hereby certify that a true and correct copy of the Motion for Relief was sent to the following parties on January 16, 2020, as evidenced by the Certificate of Service already of record.

| Jeffrey L. Fritz | Alaine V. Grbach | Christine C. Shubert |
|---|---|---|
| 62 South Fulton Street | 675 Estelle Drive | 821 Wesley Avenue |
| Manheim, PA 17545 | Lancaster, PA 17601 | Ocean City, NJ 08226 |

In accordance with said Order, Debtor was directed to file an answer to Movant's Motion for Relief with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by January 30, 2020. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, Pennsylvania 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 7 |
|---|---|
| Jeffrey L. Fritz | |
| Debtor(s) | Bankruptcy Case: 19-13352-jkf |

**CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE**

I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response of Motion for Relief together with this Certificate, was sent to the Debtor, Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on January 16, 2020, via First Class Mail.

| Jeffrey L. Fritz | Alaine V. Grbach | Christine C. Shubert |
|---|---|---|
| 62 South Fulton Street | 675 Estelle Drive | 821 Wesley Avenue |
| Manheim, PA 17545 | Lancaster, PA 17601 | Ocean City, NJ 08226 |

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones
Stern & Eisenberg, PC
1581 Main Street, Suite 200, The Shops at Valley Square
Warrington, Pennsylvania 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant

DATE: February 4, 2020