DANIEL P. JONES, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)**

| In Re: | |
|---|---|
| Jeffrey L. Fritz | |
| Debtors(s) | Chapter 7 |
| Roxann M. Fritz | |
| (Non-Filing Co-Debtor) | Case Number: 19-13352-jkf |

## ORDER

AND NOW, this __4th__ day of __February__, 2020, upon the motion of U.S. Bank National Association, not individually but solely as Trustee for BlueWater Investment Trust 2017-1 ("U.S. Bank National Association"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, U.S. Bank National Association (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 62 S FULTON STREET, MANHEIM, PA 17545.

~~It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.~~

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon